■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY SEARS WATSON, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant asserts that his statement to the police should have been suppressed because it was induced by a promise by the police that he would not be prosecuted if he returned the stolen property. We disagree. The police officer who questioned defendant denied making such promise and the suppression court found that no promises were made. (Appeal from judgment of Monroe County Court, Wisner, J.—grand larceny, second degree.) Present— Doerr, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ ALLAN ROOF et al., Respondents, v ROBERT BOGDANSKI, Appellant.—Order unanimously affirmed without costs. Memorandum: Defendant appeals from that portion of an order which denied his motion for a protective order and granted plaintiffs' motion to compel discovery in accordance with their notice and supplemental notice for discovery and inspection. We conclude that the court properly denied a protective order. CPLR 3122 provides that a motion for a protective order must be made within 10 days of service of the challenged discovery notice. Defendant failed to make a timely motion and thus waived any objection to the propriety of the discovery demand. (Appeal from order of Supreme Court, Cayuga County, Contiguglia, J.—discovery.) Present—Doerr, J. P., Denman, Boomer, Balio and Lawton, JJ.

